**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HITHAM ABUHOURAN, | |
| Petitioner, | CIVIL ACTION NO. 3:11-CV-1846 |
| v. | (JUDGE CAPUTO) |
| WARDEN H.L. HUFFORD, | (MAGISTRATE JUDGE BLEWITT) |
| Respondent. | |

## ORDER

**NOW**, this __26th__ day of March, 2012, after consideration of Magistrate Judge Blewitt's Report and Recommendation, as well as Ms. Harden's Objections, **IT IS HEREBY ORDERED THAT**:

(1) The Report and Recommendation (Doc. 7) is **ADOPTED.**

(2) Mr. Abuhouran's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED with prejudice.**

(3) The Clerk of Court is directed to mark this case as closed.

                                                     /s/ A. Richard Caputo
                                                     A. Richard Caputo
                                                     United States District Judge